IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAWN B. DAVENPORT JOHNSON, | No. 3:11-cv-00982-HZ |
| Plaintiff, | **ORDER AND PARTIAL JUDGMENT OF DISMISSAL** |
| v. | |
| CITY OF PORTLAND, PORTLAND ADVENTIST HOSPITAL, R. BROWN, Personally, AARON COLE, Personally, P. MAWDSLEY, Personally, ROBERT P. VALDEZ, Personally, KEVIN WOLF, Personally, | |
| Defendants. | |

Pursuant to the stipulation of the parties, and the Court's finding that there is no just reason for delay,

IT IS HEREBY ORDERED that the case be dismissed with prejudice and without costs or attorney's fees to any party as it relates to all claims brought by plaintiff against defendant Portland Adventist Hospital.

Signed this  13th day of September, 2012.

/s/ Marco A. Hernandez
MARCO A. HERNANDEZ
United States District Judge

Page 1 -  ORDER AND PARTIAL JUDGMENT OF DISMISSAL