IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| DAWN B. DAVENPORT JOHNSON,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF PORTLAND, PORTLAND ADVENTIST HOSPITAL, R. BROWN, Personally, AARON COLE, Personally, P. MAWDSLEY, Personally, ROBERT P. VALDEZ, Personally, KEVIN WOLF, Personally,<br><br>    Defendants. | No. 3:11-cv-00982-HZ<br><br>**ORDER AND PARTIAL JUDGMENT OF DISMISSAL** |

Pursuant to the stipulation of the parties, and the Court's finding that there is no just reason for delay,

IT IS HEREBY ORDERED that the case be dismissed with prejudice and without costs or attorney's fees to any party as it relates to all claims brought by plaintiff against defendant Portland Adventist Hospital.

Signed this __13th__ day of September, 2012.

                                      /s/ Marco A. Hernandez
                                      MARCO A. HERNANDEZ
                                      United States District Judge

Page 1 -  ORDER AND PARTIAL JUDGMENT OF DISMISSAL

HOFFMAN, HART & WAGNER LLP
1000 S.W. Broadway, Twentieth Floor
Portland, Oregon 97205
Telephone: (503) 222-4499
Facsimile:  (503) 222-2301